

JAN 2 8 2020

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CHRISTOPHER G. ARKO<br>*Senior Counsel*<br>Phone: 212-356-5044<br>Fax: (212) 356-3509<br>carko@law.nyc.gov |
|---|---|---|

January 24, 2020

**VIA ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The Initial Pretrial Conference in this matter is hereby rescheduled to February 14, 2020 at 3:45 p.m.

Re: <u>Malik Stewart, a/k/a/, Daniel Jones v. City of New York, et al.</u>,
     19 Civ. 5499 (AJN)

Your Honor:

    I am a Senior Counsel in the New York City Law Department, attorney for defendants City of New York, Lorraine Ramos, David Callan, and Julio Tavarez in this action. I regarding the Court's Order of January 24, 2020 scheduling an initial conference for February 21, 2020 at 3:45 p.m.

    I will be commencing trial on February 18, 2020 in the matter of <u>Miller v. Terrillion</u>, 16 CV 52 (ENV)(RLM) in the Eastern District of New York before the Hon. Eric N. Vitaliano. The trial may not be completed by February 21, 2020. Accordingly, I respectfully request that the initial conference in this matter be rescheduled to February 26, February 28, or any day the week of March 2. This is the first request to adjourn the initial conference in this matter and it is made with plaintiff's consent.

    I thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Christopher G. Arko*

Christopher G. Arko
*Senior Counsel*

cc:    <u>VIA ECF</u>
       Samuel C. DePaola, Esq.
       *Attorney for Plaintiff*

SO ORDERED: 1/27/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE